UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Matter of Complaint of VINCENT and LISA PIRAINO, owners of the BELLA MARIE, the 47-foot, 1987 Lein Hwa motor yacht, Official No. 1146148, HIN: HTG47017E787 her engines, tackle, apparel, etc. in a cause of Exoneration From Limitation of Liability | Civil No. 09-CV-2706-JAH(WVG)<br><br>ORDER APPROVING JOINT MOTION FOR AMENDED ORDER APPROVING COMPROMISE OF CLAIMS OF A MINOR<br><br>[DOC. NO. 33]<br><br>[REDACTED VERSION] |

    Before the Court is the parties' joint motion for an Amended Order Approving Settlement of a Minor (Doc. No. 33). Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1, the Court finds that this matter is appropriate for decision without further oral argument. After considering the Motion, all other matters presented to the Court, and for good cause appearing, IT IS HEREBY ORDERED THAT:

1.     The Motion and the minor's compromise are APPROVED.
2.     In accordance with the Assignment agreed upon by the parties, [REDACTED], or its appropriate subsidiary insurance company, will assign to [REDACTED] ("[REDACTED]" - [REDACTED]'s assignment company) all obligations to make future payments

1

1    to the minor, [M.F.] (hereinafter, "[M.F.]"). As such, [REDACTED], or its appropriate subsidiary insurance company, will deliver the minor's portion of the settlement funds in the amount of $[REDACTED] to [REDACTED] for the purchase of an annuity for [M.F.'s] benefit.

3. [REDACTED] shall purchase the annuity for [M.F.'s] sole benefit from [REDACTED], an A.M. Best rated A+ xv carrier. [REDACTED] is directed to issue the annuity to [REDACTED] for [M.F.'s] sole benefit. [REDACTED] shall then make periodic payments to [M.F.] as set forth below.

4. [M.F.'s] counsel or her guardian ad litem, Kimberlee Flotron (hereinafter, "Petitioner"), must deliver a copy of this Order to [REDACTED] (or its subsidiary insurance carrier), [REDACTED], [REDACTED], and any other company that holds or services the annuity.

5. **Until [M.F.] attains the age of 18 years, no withdrawals or payments of any kind may be made from the annuity, and no funds may be disbursed, without a written order under this case name and number, signed by a judge, and bearing the seal of this Court. No changes may be made to the annuity or payment schedule, nor may the annuity be transferred, cashed, redeemed, or sold without the Court's Order. The terms of the periodic payments listed below may not be changed without said Order.**

6. When [M.F.] attains the age of 18 years, [REDACTED], or its successor in interest, is authorized and directed to make periodic payments, without further order of this Court,

```
           directly to [M.F.] according to the following payment
           schedule:

           [REDACTED] (age 18):   $[REDACTED]
           [REDACTED] (age 20):   $[REDACTED]
           [REDACTED] (age 21):   $[REDACTED]
           [REDACTED] (age 23+):  $[REDACTED]
           [REDACTED] (age 25+):  $[REDACTED]
           [REDACTED] (age 28+):  $[REDACTED]
```

7. Petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

8. Attorneys' fees and costs charged by [M.F.'S] counsel in this matter are approved in the amount of $[REDACTED] for attorneys' fees and $[REDACTED] for costs. [REDACTED], or subsidiary thereof, is directed to pay Aitken Aitken Cohn from the settlement funds in the amount of $[REDACTED].

9. The [REDACTED] company is authorized to pay $[REDACTED] to the [REDACTED] on behalf of Mark Flotron, Kimberlee Flotron, and [M.F.].

10. The Court shall retain jurisdiction over the minor's compromise and over all issues related thereto until [M.F.] reaches the age of majority on [REDACTED].

11. Surety bond is waived.

IT IS SO ORDERED.

DATED: March 23, 2011

_____
Hon. William V. Gallo
U.S. Magistrate Judge